UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACKARY T. HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>BRENDEN BULLARD, et al.,<br><br>Defendants. | Case No. 19-cv-06648-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT**<br><br>Re: Dkt. No. 17 |

Good cause being shown, plaintiff's request for an extension of time to file his second amended complaint is GRANTED. Dkt. No. 17. Plaintiff shall file his second amended complaint by **March 30, 2020.**

This order terminates Dkt. No. 17

**IT IS SO ORDERED.**

Dated: 2/26/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge