UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACKARY T. HARRIS,<br><br>  Plaintiff,<br><br>  v.<br><br>BRENDEN BULLARD, et al.,<br><br>  Defendants. | Case No. 19-cv-06648-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT**<br><br>Re: Dkt. No. 21 |

Plaintiff, an inmate at Pelican Bay State Prison, has filed the instant *pro se* action pursuant to 42 U.S.C. § 1983. On April 2, 2020, plaintiff informed the Court that he had been transferred from San Quentin State Prison to Pelican Bay State Prison and was being housed in quarantine for fourteen days without access to his legal files. Dkt. No. 21. Plaintiff states that, due to these circumstances, he cannot meet the court-ordered March 30, 2020 deadline to file his second amended complaint. Dkt. No. 21. The Court construes this filing as a request for an extension of time to file the second amended complaint. Good cause shown, the Court GRANTS plaintiff an extension of time to **May 15, 2020**, to file his second amended complaint.

**IT IS SO ORDERED.**

Dated: 4/29/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge