UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACKARY T. HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>BRENDEN BULLARD, et al.,<br><br>Defendants. | Case No. 19-cv-06648-HSG<br><br>**ORDER DENYING REQUEST FOR RULING OR ORDER; DENYING REQUEST FOR APPOINTMENT OF COUNSEL**<br><br>Re: Dkt. No. 24 |

Plaintiff, an inmate at Pelican Bay State Prison, has filed the instant *pro se* action pursuant to 42 U.S.C. § 1983. Now pending before the Court is plaintiff's request for a ruling, order, or conclusion to this case, and his request for appointment of counsel. Dkt. No. 24. Plaintiff's requests are DENIED. The Court cannot issue a ruling in this case as there is currently no operative complaint and no defendants have been identified or served.[1] This is plaintiff's second request for appointment of counsel. Dkt. No. 15. The Court denied plaintiff's first request for appointment of counsel on January 21, 2020 for lack of exceptional circumstances. *See* Dkt. No. 16 at 5-6. Plaintiff has not alleged, much less demonstrated, a change in his circumstances since January 21, 2020. Accordingly, plaintiff's second request for appointment of counsel is denied for the same reasons set forth in the January 21, 2020 order. *See* Dkt. No. 16 at 5-6.

Plaintiff informs the Court that he has been unable to access his legal files and paperwork for over a month. Dkt. No. 24. The Court will *sua sponte* grant plaintiff an extension of time to **June 19, 2020** to file his second amended complaint.

---

[1] On January 21, 2020, the Court dismissed the amended complaint with leave to amend, and denied plaintiff's request for appointment of counsel for lack of exceptional circumstances. Dkt. No. 16. The Court has since granted plaintiff two extensions of time to May 15, 2020 to file a second amended complaint. Dkt. Nos. 18, 23.

This order terminates Dkt. No 24.

**IT IS SO ORDERED.**

Dated:  May 8, 2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge