UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZACKARY T. HARRIS,

    Plaintiff,

v.

BRENDEN BULLARD, et al.,

    Defendants.

Case No. 19-cv-06648-HSG

**ORDER OF DISMISSAL**

On October 16, 2019, Plaintiff filed the instant *pro se* complaint under 42 U.S.C. § 1983. Dkt. No. 1. On November 27, 2019, the Court reviewed the complaint and found that it suffered from numerous deficiencies. Dkt. No. 11. The Court granted plaintiff leave to amend the complaint. Dkt. No. 11. On December 20, 2019, plaintiff filed an amended complaint. Dkt. No. 14. On January 21, 2020, the Court screened the amended complaint and found that it suffered from numerous deficiencies, including again failing to comply with Fed. R. Civ. P. 20, failing to state clearly whom plaintiff intended to sue and pursuant to what legal theories, and stating non-cognizable claims. Dkt. No. 16. Plaintiff was instructed to file a second amended complaint, and informed that the failure to do so would result in the dismissal of this action without further notice. *Id.* The Court granted plaintiff four extensions of time to September 18, 2020 to file a second amended complaint. Dkt. Nos. 18, 23, 25, 27. The deadline to file a second amended complaint has passed, and plaintiff has not filed a second amended complaint.

//

//

//

//

1  Accordingly, for the foregoing reasons, and the reasons stated in the Court's January 21,
2  2020 order of dismissal with leave to amend, this action is DISMISSED for failure to state a claim
3  upon which relief may be granted.  The Clerk shall close the file.

4  **IT IS SO ORDERED.**

5  Dated: October 5, 2020

HAYWOOD S. GILLIAM, JR.
United States District Judge

2