UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACKARY T. HARRIS, <br><br> Plaintiff, <br><br> v. <br><br> BRENDEN BULLARD, et al., <br><br> Defendants. | Case No. 19-cv-06648-HSG <br><br> **JUDGMENT** |

For the reasons set forth in the Order of Dismissal, judgement is entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED.**

Dated: October 5, 2020

_Haywood S. Gilliam Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge